# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1346

_____

| | | |
|---|---|---|
| Moorish Science Temple of America, Inc., | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Frank Applewhite, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| Curtis L. Owen, | * | District Court for the |
| | * | District of Minnesota. |
| Plaintiff, | * | [UNPUBLISHED] |
| | * | |
| v. | * | |
| | * | |
| Steve Hokonson, Chaplain; | * | |
| David Crist, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 19, 1999

Filed: August 25, 1999

_____

Before WOLLMAN, Chief Judge, McMILLIAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Frank Applewhite, a former inmate at the Minnesota Correctional Facility at Stillwater, appeals the district court's[1] order granting defendants' motion for summary judgment following our remand in <u>Moorish Science Temple of America v. Benson</u>, No. 95-2549, 1996 WL 280076 (8th Cir. May 29, 1996) (unpublished per curiam). Applewhite's recent transfer to another Minnesota correctional facility has mooted his claims, as to which he sought only equitable relief.  Accordingly, the judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.